# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | | |
|---|---|---|
| WINFRED BROWN, | | |
| | Plaintiff, | Case No. 4:22-cv-00158 |
| vs. | | **NOTICE OF REMOVAL** |
| BAKER ELECTRIC, | | |
| | Defendant. | |

Defendant, Baker Electric, Inc.,[1] pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby gives notice of the removal of this action to this Court from the Iowa District Court in and for Polk County to the United States District Court for the Southern District of Iowa, Central Division. In support of this Notice of Removal, Defendant states as follows:

## I.  THE STATE COURT ACTION

1. Plaintiff, Winfred Brown, filed his Petition captioned *Winfred Brown v. Baker Electric and Mike Mahler individually and in his official capacity*, Case No. LACL152204 (the "State Court Action") in the Iowa District Court in and for Polk County on or about December 22, 2021.

2. On April 21, 2022, Baker accepted service of the Petition, Original Notice, Motion to Dismiss Individually Named Defendant, Mike Mahler, and Order Granting Motion to Dismiss. In accordance with 28 U.S.C. § 1446(a) and Local Rule 81, copies of all process, pleadings, and orders served on Baker and filed in the State Court Action are attached as Exhibit A.

3. Because individual defendant Mike Mahler was dismissed from the State Court Action, his consent to this removal is not needed. *See* 28 U.S.C. § 1446(b)(2)(A) and (b)(3).

---

[1] Plaintiff names Defendant as "Baker Electric," however, the correct legal name of the entity is Baker Electric, Inc.

4. No motions are currently pending in the State Court Action.

5. In his Petition, Plaintiff alleges five counts: Count I: Disparate Treatment under Iowa Code § 216.6; Count II: Disparate Impact under Iowa Code § 216.6; Count III: Hostile Work Environment under Iowa Code § 216.6; Count IV: Interference With Economic Advantage; and Count V: Violation of 42 U.S.C. § 1981, as Amended - Discrimination.

6. This Notice of Removal is timely because, as required by 28 U.S.C. § 1446(b), it is being filed within 30 days of service on Baker.

## II. JURISDICTION AND VENUE

7. This is a civil action over which this Court has original jurisdiction because Plaintiff has alleged a federal claim. *See* 28 U.S.C. §§ 1331, 1441 and 1446.

8. Venue is proper in this Court because the case was originally filed in the District Court for Polk County, Iowa, which is within this judicial district. 28 U.S.C. §§ 95(b)(2), 1441(a), and 1446(a); Local Rule 3(b).

## III. NATURE OF CLAIMS AND FEDERAL QUESTION JURISDICTION

9. Count V of the Petition asserts a race discrimination claim under 42 U.S.C. § 1981, as amended.

10. Because Plaintiff's Petition asserts that Defendant violated federal law, this Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331, and this action may be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446. Moreover, the Court has supplemental jurisdiction over all state claims that are so related to claims in the action within its original jurisdiction that they form part of the same controversy, pursuant to 28 U.S.C. § 1367(a).

11. Because an action under 42 U.S.C. § 1981 is a suit involving claims arising under the laws of the United States, it may be removed to this Court under 28 U.S.C. §§ 1441(b) and 1446, without regard to the amount in controversy or the parties' citizenship or domicile.

**IV.     COMPLIANCE WITH PROCEDURAL REQUIREMENTS**

12.     In accordance with 28 U.S.C. § 1446(d), Defendant will promptly file a copy of this Notice of Removal with the Clerk of the Iowa District Court for Polk County, Iowa, and will simultaneously provide written notice of the filing of this Notice of Removal to counsel for Plaintiff as reflected by the Certificate of Service.

**V.      CONCLUSION**

WHEREFORE, having fulfilled all statutory requirements, Defendant removes this action to this Court from the Iowa District Court for Polk County, and requests that this Court assume full jurisdiction over this matter as provided by law.

Respectfully submitted,

*/s/ Jeannie M. DeVeney*
Jeannie M. DeVeney, AT0002008
Direct: 816.627.4405
E-Fax: 816.817.1453
jdeveney@littler.com
LITTLER MENDELSON, P.C.
1201 Walnut Street, Suite 1450
Kansas City, MO 64106

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of May, 2022, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which generated notice of same to the following counsel of record:

Benjamin W. Roberson
Haley N. Bryan
COMMUNITY LAW OFFICE
84 16th Ave SW
Cedar Rapids, IA 52404
Phone: 319-200-7050
Fax: 319-575-6105
ben@communitylawoffice.com
haley@communitylawoffice.com

ATTORNEYS FOR PLAINTIFF

*/s/ Jeannie M. DeVeney*
ATTORNEY FOR DEFENDANT