Exhibit A

E-FILED  2021 DEC 22 12:07 PM POLK - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT IN AND FOR POLK COUNTY

| | |
|---|---|
| Winfred Brown<br><br>     Plaintiff,<br><br>vs.<br><br>Baker Electric and Mike Mahler<br>individually and in his official capacity<br><br>     Defendants. | Case No.<br><br><br>**PETITION AT LAW<br>AND JURY DEMAND** |

Plaintiff, Winfred Brown, by and through undersigned attorney, for his Petition at Law and Jury Demand states:

### PARTIES, JURISDICTION, VENUE

1. Plaintiff Winfred Brown is a resident of Ladson, South Carolina.

2. Defendant Baker Electric ("Defendant Baker") is an Iowa corporation with its principal place of business located at 111 Jackson Ave. Des Moines, Polk County, Iowa.

3. Defendant Mike Mahler ("Defendant Mahler") is and was at all relevant times, employed by Defendant Baker Electric.

4. At all relevant times, Plaintiff was employed by M.C. Dean and working as a subcontractor on the same jobsite as Defendants.

5. The Iowa State District Court has jurisdiction over this matter.

6. Venue is proper in Polk County, Iowa.

E-FILED  2021 DEC 22 12:07 PM POLK - CLERK OF DISTRICT COURT

## PROCEDURAL REQUIREMENTS

7. On August 11, 2021, within 300 days of the acts of which he complains, Plaintiff filed charges of employment discrimination against Defendants with the Iowa Civil Right Commission.

8. On October 13, 2021, less than 90 days prior to the filing of this Petition, the Iowa Civil Rights Commission issued a Right to Sue letter with respect to Plaintiff's charges.

## FACTUAL BACKGROUND

9. Defendant Baker employs approximately 50 employees.

10. On or about August 6, 2018, Plaintiff was hired as a Foreman by M.C. Dean.

11. In January 2021, Plaintiff and Defendants were working as subcontractors on the same jobsite for Microsoft in West Des Moines, Iowa ("Microsoft Jobsite").

12. While employed by Defendant M.C., Plaintiff satisfactorily performed his job duties.

13. Defendant M.C. has never formally or informally disciplined Plaintiff.

14. Plaintiff's white co-workers routinely made openly racist and discriminatory comments in the workplace.

15. On January 6, 2021, Plaintiff was working by himself in a modular electrical room when Defendant Mahler entered the room. Upon entering, Defendant Mahler stated that the room "smelled like shit," then looked at Plaintiff and stated, "I see why."

E-FILED  2021 DEC 22 12:07 PM POLK - CLERK OF DISTRICT COURT

16. On or about the same day, Defendant Mahler fashioned a noose from wire and then stated he better hurry and pull the loop of wire before it becomes a hanging hazard.

17. On January 8, 2021, Plaintiff reported the racist and discriminatory comments to Chad Layland, President of Baker Electric, but Mr. Layland failed to take any action to resolve Plaintiff's concerns.

18. Defendant Mahler admitted to making the discriminatory remarks. Mr. Layland stated Defendant Mahler was "just that way."

19. Defendant Baker refused to correct the situation and repeatedly defended Defendant Mahler's discriminatory actions and remarks.


## COUNT I: DISPARATE TREATMENT

20. Plaintiff reasserts and repleads paragraphs 1 – 19 above as if fully set forth herein.

21. Plaintiff is a member of a protected class under Iowa Code § 216.6.

22. Plaintiff was qualified for his position.

23. Plaintiff has suffered adverse employment actions because of his membership in a protected class, including but not limited to:

    a.  Interference with work; and

    b.  undesirable work assignments.

24. Plaintiff has sustained damages as a result of the adverse employment actions.

E-FILED  2021 DEC 22 12:07 PM POLK - CLERK OF DISTRICT COURT

## COUNT II: DISPARATE IMPACT

25. Plaintiff reasserts and repleads paragraphs 1 – 24 above as if fully set forth herein.

26. Defendants have a pattern or practice of discrimination.

27. Defendants have employment practices that disparately impact individuals protected by Iowa Code § 216.6.

28. Plaintiff has sustained damages as a result of the adverse employment actions.

## COUNT III: HOSTILE WORK ENVIRONMENT

29. Plaintiff reasserts and repleads paragraphs 1 – 28 above as if fully set forth herein.

30. Plaintiff is a member of a protected class under Iowa Code § 216.6.

31. Plaintiff was subjected to unwanted harassment.

32. The harassment experienced by Plaintiff was based on Plaintiff's membership in a protected class.

33. The harassment effected a term or condition of Plaintiff's employment with Defendant.

## COUNT IV: INTERFERENCE WITH ECONOMIC ADVANTAGE

34. Plaintiff reasserts and repleads paragraphs 1 – 33 above as if fully set forth herein.

35. Defendant Mahler intentionally caused Plaintiff's transfer from the Microsoft Jobsite because of his discriminatory actions and remarks.

E-FILED 2021 DEC 22 12:07 PM POLK - CLERK OF DISTRICT COURT

36. Plaintiff would not have requested transfer from the Microsoft Jobsite if not for Defendant Mahler.

37. Defendant Mahler's actions were malicious and done with the purpose of injuring Plaintiff.

38. Plaintiff has sustained damages as a result of Defendant Mahler's interference with the business relationship between Plaintiff and Defendant Baker.

## COUNT V: VIOLATION OF 42 U.S.C. § 1981, AS AMENDED – DISCRIMINATION

39. Plaintiff reasserts and repleads paragraphs 1 – 38 above as if fully set forth herein.

40. Plaintiff is a member of a protected class.

41. Plaintiff was qualified for his position.

42. Plaintiff experienced an adverse employment action.

43. Similarly situated individuals outside Plaintiff's protected class were treated more favorably, or other circumstances surrounding the adverse employment action give rise to an inference of discrimination.

44. Defendant Mahler intentionally caused Plaintiff's transfer from the Microsoft Jobsite because of his discriminatory actions and remarks.

45. Plaintiff would not have requested transfer from the Microsoft Jobsite if not for Defendant Mahler.

46. Plaintiff has sustained damages as a result of Defendant Mahler's discriminatory actions and remarks.

E-FILED  2021 DEC 22 12:07 PM POLK - CLERK OF DISTRICT COURT

WHEREFORE, Plaintiff Winfred Brown requests the Court enter Judgment in his favor against Defendants Baker Electric and Mike Mahler in an amount which will fully and fairly compensate him for his injuries and damages, for interest as allowed by law, for attorneys' fees, for the costs of this action, and for such other relief as may be just in the circumstances and consistent with the purpose of Iowa Civil Rights Act of 1965, as amended, Iowa Code § 216 (2003).

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues triable to a jury, pursuant to Iowa Rule of Civil Procedure 1.902.

_____/s/ Benjamin Roberson_____
Benjamin W. Roberson AT0013277
of
Community Law Office
84 16th Ave SW
Cedar Rapids, IA 52404
Phone: 319-200-7050
Fax: 319-575-6105
Email: ben@communitylawoffice.com

E-FILED  2021 DEC 22 12:07 PM POLK - CLERK OF DISTRICT COURT

 **THE IOWA DISTRICT COURT FOR POLK COUNTY**

| | |
|---|---|
| WINFRED BROWN<br><br>Plaintiff<br><br>vs.<br><br>BAKER ELECTRIC AND<br>MIKE MAHLER INDIVIDUALL AND IN<br>HIS OFFICIAL CAPACITY<br><br>Defendants. | CASE NO.<br><br>**ORIGINAL NOTICE** |

TO THE ABOVE-NAMED DEFENDANT:

You are notified that a petition has been filed in the office of the clerk of this court naming you as the defendant in this action.  A copy of the petition (and any documents filed with it) is attached to this notice. The name and address of the attorney for the plaintiff is Benjamin W. Roberson, 87 16th Ave SW, Cedar Rapids, IA 52404. The attorney's phone number is (319) 200-7050; facsimile number is (319) 575-6105.

You are further notified that the above case has been filed in a county that utilizes electronic filing.  Unless, within 20 days after service of this original notice upon you, you serve, and within a reasonable time thereafter file a motion or answer, in the Iowa District Court for Polk County, at the courthouse in Des Moines, Iowa, judgment by default will be rendered against you for the relief demanded in the petition.  Please see Iowa Court Rules Chapter 16 for information on electronic filing and Iowa Court Rules Chapter 16, division VI regarding the protection of personal information in court filings.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at 515-286-3394.  (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942)

**IMPORTANT:** YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS

E-FILED  2021 DEC 27 9:06 AM POLK - CLERK OF DISTRICT COURT

# Iowa Judicial Branch

*Case No.*  **LACL152204**

*County*  **Polk**

*Case Title*  WINFRED BROWN VS BAKER ELECTRIC ET AL

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential.  For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(515) 286-3394** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/.  **Disability access coordinators cannot provide legal advice.**

*Date Issued*  **12/27/2021 09:06:34 AM**



*District Clerk of Court or/by Clerk's Designee of*  Polk                    *County*

**/s/ Jennifer Ewers**

E-FILED  2021 DEC 22 12:07 PM POLK - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT IN AND FOR POLK COUNTY

| | |
|---|---|
| Winfred Brown<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Baker Electric and Mike Mahler<br>individually and in his official capacity<br><br>　　　　Defendants. | Case No.<br><br><br>**PETITION AT LAW<br>AND JURY DEMAND** |

Plaintiff, Winfred Brown, by and through undersigned attorney, for his Petition at Law and Jury Demand states:

### PARTIES, JURISDICTION, VENUE

1. Plaintiff Winfred Brown is a resident of Ladson, South Carolina.

2. Defendant Baker Electric ("Defendant Baker") is an Iowa corporation with its principal place of business located at 111 Jackson Ave. Des Moines, Polk County, Iowa.

3. Defendant Mike Mahler ("Defendant Mahler") is and was at all relevant times, employed by Defendant Baker Electric.

4. At all relevant times, Plaintiff was employed by M.C. Dean and working as a subcontractor on the same jobsite as Defendants.

5. The Iowa State District Court has jurisdiction over this matter.

6. Venue is proper in Polk County, Iowa.

1

## **PROCEDURAL REQUIREMENTS**

7.  On August 11, 2021, within 300 days of the acts of which he complains, Plaintiff
    filed charges of employment discrimination against Defendants with the Iowa Civil
    Right Commission.

8.  On October 13, 2021, less than 90 days prior to the filing of this Petition, the Iowa
    Civil Rights Commission issued a Right to Sue letter with respect to Plaintiff's
    charges.

## **FACTUAL BACKGROUND**

9.  Defendant Baker employs approximately 50 employees.

10. On or about August 6, 2018, Plaintiff was hired as a Foreman by M.C. Dean.

11. In January 2021, Plaintiff and Defendants were working as subcontractors on the
    same jobsite for Microsoft in West Des Moines, Iowa ("Microsoft Jobsite").

12. While employed by Defendant M.C., Plaintiff satisfactorily performed his job duties.

13. Defendant M.C. has never formally or informally disciplined Plaintiff.

14. Plaintiff's white co-workers routinely made openly racist and discriminatory
    comments in the workplace.

15. On January 6, 2021, Plaintiff was working by himself in a modular electrical room
    when Defendant Mahler entered the room. Upon entering, Defendant Mahler
    stated that the room "smelled like shit," then looked at Plaintiff and stated, "I see
    why."

E-FILED   2021 DEC 22 12:07 PM POLK - CLERK OF DISTRICT COURT

16. On or about the same day, Defendant Mahler fashioned a noose from wire and then stated he better hurry and pull the loop of wire before it becomes a hanging hazard.

17. On January 8, 2021, Plaintiff reported the racist and discriminatory comments to Chad Layland, President of Baker Electric, but Mr. Layland failed to take any action to resolve Plaintiff's concerns.

18. Defendant Mahler admitted to making the discriminatory remarks. Mr. Layland stated Defendant Mahler was "just that way."

19. Defendant Baker refused to correct the situation and repeatedly defended Defendant Mahler's discriminatory actions and remarks.


## COUNT I: DISPARATE TREATMENT

20. Plaintiff reasserts and repleads paragraphs 1 – 19 above as if fully set forth herein.

21. Plaintiff is a member of a protected class under Iowa Code § 216.6.

22. Plaintiff was qualified for his position.

23. Plaintiff has suffered adverse employment actions because of his membership in a protected class, including but not limited to:

    a.  Interference with work; and

    b.  undesirable work assignments.

24. Plaintiff has sustained damages as a result of the adverse employment actions.

E-FILED  2021 DEC 22 12:07 PM POLK - CLERK OF DISTRICT COURT

## COUNT II: DISPARATE IMPACT

25. Plaintiff reasserts and repleads paragraphs 1 – 24 above as if fully set forth herein.

26. Defendants have a pattern or practice of discrimination.

27. Defendants have employment practices that disparately impact individuals protected by Iowa Code § 216.6.

28. Plaintiff has sustained damages as a result of the adverse employment actions.

## COUNT III: HOSTILE WORK ENVIRONMENT

29. Plaintiff reasserts and repleads paragraphs 1 – 28 above as if fully set forth herein.

30. Plaintiff is a member of a protected class under Iowa Code § 216.6.

31. Plaintiff was subjected to unwanted harassment.

32. The harassment experienced by Plaintiff was based on Plaintiff's membership in a protected class.

33. The harassment effected a term or condition of Plaintiff's employment with Defendant.

## COUNT IV: INTERFERENCE WITH ECONOMIC ADVANTAGE

34. Plaintiff reasserts and repleads paragraphs 1 – 33 above as if fully set forth herein.

35. Defendant Mahler intentionally caused Plaintiff's transfer from the Microsoft Jobsite because of his discriminatory actions and remarks.

4

E-FILED 2021 DEC 22 12:07 PM POLK - CLERK OF DISTRICT COURT

36. Plaintiff would not have requested transfer from the Microsoft Jobsite if not for Defendant Mahler.

37. Defendant Mahler's actions were malicious and done with the purpose of injuring Plaintiff.

38. Plaintiff has sustained damages as a result of Defendant Mahler's interference with the business relationship between Plaintiff and Defendant Baker.

## COUNT V: VIOLATION OF 42 U.S.C. § 1981, AS AMENDED – DISCRIMINATION

39. Plaintiff reasserts and repleads paragraphs 1 – 38 above as if fully set forth herein.

40. Plaintiff is a member of a protected class.

41. Plaintiff was qualified for his position.

42. Plaintiff experienced an adverse employment action.

43. Similarly situated individuals outside Plaintiff's protected class were treated more favorably, or other circumstances surrounding the adverse employment action give rise to an inference of discrimination.

44. Defendant Mahler intentionally caused Plaintiff's transfer from the Microsoft Jobsite because of his discriminatory actions and remarks.

45. Plaintiff would not have requested transfer from the Microsoft Jobsite if not for Defendant Mahler.

46. Plaintiff has sustained damages as a result of Defendant Mahler's discriminatory actions and remarks.

E-FILED  2021 DEC 22 12:07 PM POLK - CLERK OF DISTRICT COURT

WHEREFORE, Plaintiff Winfred Brown requests the Court enter Judgment in his favor against Defendants Baker Electric and Mike Mahler in an amount which will fully and fairly compensate him for his injuries and damages, for interest as allowed by law, for attorneys' fees, for the costs of this action, and for such other relief as may be just in the circumstances and consistent with the purpose of Iowa Civil Rights Act of 1965, as amended, Iowa Code § 216 (2003).

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues triable to a jury, pursuant to Iowa Rule of Civil Procedure 1.902.

_____/s/ Benjamin Roberson_____

Benjamin W. Roberson AT0013277
of
Community Law Office
84 16th Ave SW
Cedar Rapids, IA 52404
Phone: 319-200-7050
Fax: 319-575-6105
Email: ben@communitylawoffice.com

E-FILED  2022 MAR 17 1:04 PM POLK - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT IN AND FOR POLK COUNTY

| | |
|---|---|
| Winfred Brown<br><br>          Plaintiff,<br><br>vs.<br><br>Baker Electric and Mike Mahler<br>individually and in his official capacity<br><br>          Defendants. | Case No. LACL152204<br><br><br>**PLAINTIFF'S MOTION TO DISMISS INDIVIDUALLY NAMED DEFENDANT WITHOUT PREJUDICE** |

COMES NOW, Plaintiff Winfred Brown, by and through undersigned attorney, and pursuant to Iowa Rule of Civil Procedure 1.943, hereby moves the Court to Dismiss the Individually named Defendant in this action.   In support, Plaintiff states:

1. Plaintiff filed a Petition with this Court on December 22, 2021, naming Mike Mahler, in his individual and official capacity.

2. A party may "dismiss that party's own petition, counterclaim, cross-claim, cross-petition or petition of intervention, at any time up until ten days before the trial is scheduled to begin" without the consent of Court or any other party without prejudice.  Iowa R. Civ. Pro. 1.943.

3. Plaintiff moves to dismiss the individually named Defendant Mike Mahler without prejudice.

WHEREFORE, Plaintiff requests that the Court grant his Motion to Dismiss the Individually named Defendant Mike Mahler without prejudice.

E-FILED  2022 MAR 17 1:04 PM POLK - CLERK OF DISTRICT COURT

_____/s/ Benjamin Roberson_____
Benjamin W. Roberson AT0013277
Community Law Office
87 16th Ave SW
Cedar Rapids, IA 52404
Phone: 319-200-7050
Fax: 319-575-6105
Email: ben@communitylawoffice.com

ATTORNEY FOR PLAINTIFF

E-FILED                    LACL152204 - 2022 MAR 18 01:02 PM                    POLK
                              CLERK OF DISTRICT COURT                          Page 1 of 2

## IN THE IOWA DISTRICT COURT IN AND FOR POLK COUNTY

| | |
|---|---|
| Winfred Brown<br><br>          Plaintiff,<br><br>vs.<br><br>Baker Electric and Mike Mahler<br>individually and in his official capacity<br><br>          Defendants. | Case No. LACL152204<br><br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS INDIVIDUALLY NAMED DEFENDANT WITHOUT PREJUDICE** |

This matter comes before the Court upon the Motion of the Plaintiff to dismiss individually named defendants.  The Court, after reviewing the record herein and the Motion and being fully advised of the premises, hereby FINDS:

1. Plaintiff filed a Petition with this Court on December 22, 2021, listing Mike Mahler in his individual and official capacities.

2. A party may "dismiss that party's own petition, counterclaim, cross-claim, cross-petition or petition of intervention, at any time up until ten days before the trial is scheduled to begin" without the consent of Court or any other party. Iowa R. Civ. Pro. 1.943.

3. Plaintiff is within their rights to dismiss the individually named Defendant Mike Mahler without Prejudice.

IT IS THEREFORE ORDERED that the Motion is granted, and Defendant Mike Mahler is dismissed as a party to this action without prejudice.

Clerk to Notify.

E-FILED                    LACL152204 - 2022 MAR 18 01:02 PM              POLK
                           CLERK OF DISTRICT COURT                      Page 2 of 2



State of Iowa Courts

| Case Number | Case Title |
|---|---|
| LACL152204 | WINFRED BROWN VS BAKER ELECTRIC ET AL |
| **Type:** | OTHER ORDER |

So Ordered



_____

Sarah Crane, District Court Judge
Fifth Judicial District of Iowa

Electronically signed on 2022-03-18 13:02:29

**IN THE IOWA DISTRICT COURT IN AND FOR POLK COUNTY**

| | |
|---|---|
| Winfred Brown | Case No. LACL152204 |
| Plaintiff, | |
| vs. | **APPEARANCE** |
| Baker Electric | |
| Defendant. | |

Haley N. Bryan, of Community Law Office, hereby enters her appearance on behalf of Plaintiff Winfred Brown in the above-captioned case.

_____/s/ Haley Bryan_____
Haley N. Bryan AT0014887
Community Law Office
87 16th Ave SW
Cedar Rapids, IA 52404
Phone: 319-200-7050
Fax: 319-575-6105
Email: haley@communitylawoffice.com
**ATTORNEY FOR PLAINTIFF**

1

E-FILED  2022 MAR 22 3:23 PM POLK - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT IN AND FOR POLK COUNTY

| | |
|---|---|
| Winfred Brown<br><br>          Plaintiff,<br><br>vs.<br><br>Baker Electric<br><br>          Defendant. | Case No. LACL152204<br><br><br>**PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR SERVICE** |

1.      Winfred Brown ("Plaintiff") filed a petition and jury demand against Baker Electric ("Defendant") (collectively the "Parties") on December 22, 2021.

2.      Pursuant to Iowa Rule of Civil Procedure 1.302(5), Plaintiff has ninety (90) days from the date a petition is filed to serve notice on Defendant.

3.      The service deadline in this matter expires on March 22, 2022.

4.      The Parties are currently in active settlement negotiation.

5.      Plaintiff requests a 30-day extension for service on Defendant, or until April 21, 2022. Counsel for Defendant has been contacted and has no objection to an extension.

6.      Pursuant to Iowa Rule of Civil Procedure 1.302(5), the Court shall extend the time for service for good cause.

**WHEREFORE**, Plaintiff Winfred Brown requests the Court enter an Order extending the deadline for service of original notice until April 21, 2022, under Iowa Rule of Civil Procedure 1.302(5).

1

E-FILED  2022 MAR 22 3:23 PM POLK - CLERK OF DISTRICT COURT

          /s/ Benjamin Roberson
Benjamin W. Roberson AT0013277

          /s/ Haley Bryan
Haley N. Bryan AT0014887
Community Law Office
87 16th Ave SW
Cedar Rapids, IA 52404
Phone: 319-200-7050
Fax: 319-575-6105
Email: ben@communitylawoffice.com
       haley@communitylawoffice.com
**ATTORNEYS FOR PLAINTIFF**

## IN THE IOWA DISTRICT COURT IN AND FOR POLK COUNTY

| | |
|---|---|
| Winfred Brown<br><br>      Plaintiff,<br><br>vs.<br><br>Baker Electric<br><br>      Defendant. | Case No. LACL152204<br><br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR SERVICE** |

On this date, Plaintiff's Motion to Extend Deadline for Service came before the undersigned for review. The Court finds that the Motion to Extend Deadline for Service should be and is GRANTED. The Court gives the Plaintiff up to and including April 21, 2022, to serve Defendant pursuant to the Iowa Rules of Civil Procedure.

Clerk to notify.

1

E-FILED                    LACL152204 - 2022 MAR 23 04:14 PM          POLK
                           CLERK OF DISTRICT COURT                    Page 2 of 2

State of Iowa Courts

| **Case Number** | **Case Title** |
| --- | --- |
| LACL152204 | WINFRED BROWN VS BAKER ELECTRIC ET AL |
| **Type:** | OTHER ORDER |

So Ordered

_____

Sarah Crane, District Court Judge
Fifth Judicial District of Iowa

Electronically signed on 2022-03-23 16:14:46

## IN THE IOWA DISTRICT COURT IN AND FOR POLK COUNTY

| | |
|---|---|
| Winfred Brown | Case No. LACL152204 |
| Plaintiff, | |
| vs. | |
| Baker Electric | **ACCEPTANCE OF SERVICE** |
| Defendant. | |

STATE OF IOWA )
                ) ss
COUNTY OF POLK )

The undersigned, being over eighteen (18) years of age, hereby accepts due, legal and timely service of the following documents attached hereto and acknowledge receipt of a copy thereof on April 21, 2022.

1. Petition

2. Original Notice

3. Motion to Dismiss Individually Named Defendant, Mike Mahler

4. Order Granting Motion to Dismiss

Jeannie M. DeVeney
LITTLER MENDELSON, P.C.
1201 Walnut Street, Suite 1450
Kansas City, MO 64106
Telephone: 816.627.4400
Facsimile: 816.627.4444
jdeveney@littler.com

ATTORNEY FOR DEFENDANT

1